State, ex rel. Henry Rickgauer, relator, v. John
Kloke, respondent.

Filed January 5, 1907.   No. 14,623.

Mandamus: Justice of the Peace: Appeal Bond.   Where the only
   objection made to an appeal bond is that the surety did not sign
   in the presence of the justice, the party tendering the bond is
   entitled to a mandamus directing the justice to approve the same.

Original application for writ of mandamus to compel
respondent, a justice of the peace, to approve an appeal
bond. *Writ allowed.*

*W. R. Mack,* for relator.

*G. A. McCutchan,* contra.

Duffie, C.

The relator asks a writ of mandamus directed to the
respondent, John Kloke, a justice of the peace for Boyd
county, commanding him to approve a certain appeal bond
tendered by the defendant in a case tried before him.   It
conclusively appears from the record before us that the
appeal undertaking was presented within the time re-
quired by statute, and that the only objection made to
the bond by the respondent was that the surety thereon
did not sign the same in his presence.   In *State v. Clark,*
24 Neb. 318, it was held that the sureties on an appeal bond
need not sign the same in the presence of the justice.
If the justice requires proof of the genuineness of the sig-
natures or of the sufficiency of the surety, he should make
it known when the bond is received by him or soon there-
after.   Otherwise the objection will be waived.   This case
was referred to with approval in *McKinley & Lanning
v. Chapman,* 37 Neb. 378, and *Deere, Wells & Co. v.
Hodges,* 59 Neb. 288, and is the rule now well established
in this state.   There being no objection to the bond other
than that the surety did not sign in the presence of the

justice, the relator is entitled to have the same approved, and we recommend that an order be entered directing the writ to issue.

ALBERT and JACKSON, CC., concur.

By the Court: For the reasons stated in the foregoing opinion, an order is entered directing the writ to issue.

WRIT ALLOWED.